IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LUCHAUNCEY WILLIAMS**                                                **PLAINTIFF**

**VS.**                       **NO. 4:17-CV-00360-BRW**

**VERIZON WIRELESS**                                             **DEFENDANT**

## ORDER

Plaintiff filed a nearly identical case on May 17, 2017, which is pending before the Honorable Susan W. Wright.[1] Accordingly, the Clerk of the Court is directed to transfer this case to Judge Wright.

IT IS SO ORDERED this 1st day of June, 2017.

                                               /s/ Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE

---

[1] *Williams v. Verizon*, No. 4:17-CV-00332-SWW.